IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No. 1:22CR62 |
| | ) | Hon. Leonie M. Brinkema |
| ADRIANA BEATRICE SUTTON, | ) | Hearing: October 4, 2022 |
| | ) | |
| Defendant. | ) | |

## DEFENDANT'S NON-CONFIDENTIAL MEMORANDUM IN SUPPORT OF THE MOTION TO SEAL

The defendant, Adriana B. Sutton, by counsel and pursuant to Local Criminal Rule 49(E), asks for an Order sealing the document attached to her Motion to Seal.

I. Items to be Sealed and Necessity for Sealing

    A. The defendant asks the Court to seal the documents entitled "Defendant's Position on Sentencing Factors" and "Defendant's Notice of Filing," filed on September 28, 2022 and September 29, 2022, respectively.

    B. Sealing is necessary in order to safeguard the privacy of the defendant. Counsel for the defendant has considered procedures other than sealing and none will suffice to protect this information from disclosure and to prevent public dissemination of this information.

II. Previous Court Decisions Which Concern Sealing Documents

The Court has the inherent power to seal materials submitted to it. *See United States v. Wuagneux*, 683 F.2d 1343, 1351 (11th Cir. 1982); *State of Arizona v.*

*Maypenny*, 672 F.2d 761, 765 (9th Cir. 1982); *Times Mirror Company v. United States*, 873 F.2d 1210 (9th Cir. 1989); *see also Shea v. Gabriel*, 520 F.2d 879 (1st Cir. 1975); *United States v. Hubbard*, 650 F.2d 293 (D.C. Cir. 1980); *In re Braughton*, 520 F.2d 765, 766 (9th Cir. 1975). "The trial court has supervisory power over its own records and may, in its discretion, seal documents if the public's right of access is outweighed by competing interests." *In re Knight Pub. Co.*, 743 F.2d 231, 235 (4th Cir. 1984).

III. Period of Time to Have the Document Under Seal

    A.    The materials to be filed under seal would need to remain sealed permanently or until unsealed by the Court.

Accordingly, the defendant respectfully requests that an Order be entered allowing "Defendant's Position on Sentencing Factors" and "Defendant's Notice of Filing" to be placed Under Seal.

        Respectfully submitted,
        ADRIANA B. SUTTON
        By Counsel,

        Geremy C. Kamens,
        Federal Public Defender

        By:    /s/
        Whitney E.C. Minter
        Virginia Bar Number 47193
        Attorney for Ms. Sutton
        Assistant Federal Public Defender
        1650 King Street, Suite 500
        Alexandria, Virginia 22314
        (703) 600-0855 (telephone)
        (703) 600-0880 (facsimile)
        Whitney_Minter@fd.org (e mail)