IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | Case No. 1:22CR62 |
| | ) | Hon. Leonie M. Brinkema |
| **ADRIANA BEATRICE SUTTON,** | ) | Hearing: October 4, 2022 |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF FILING OF DEFENDANT'S MOTION TO SEAL

The defendant, Adriana B. Sutton, through counsel, has this day filed the Defendant's Motion to Seal, Non-Confidential Memorandum in support thereof, and Proposed Order, pursuant to Local Criminal Rule 49(E).

Respectfully submitted,
Adriana B. Sutton
By Counsel,

Geremy C. Kamens,
Federal Public Defender

By: _____/s/_____
Whitney E.C. Minter
Virginia Bar Number 47193
Attorney for Ms. Sutton
Assistant Federal Public Defender
1650 King Street, Suite 500
Alexandria, Virginia 22314
(703) 600-0855 (telephone)
(703) 600-0880 (facsimile)
Whitney_Minter@fd.org (e-mail)